**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1658**

---

REGINALD D. EVANS,

Plaintiff - Appellant,

versus

LOUIS CALDERA, Secretary of the United States
Army,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph R. McCrorey, Magistrate Judge.
(CV-99-865-17-BC)

---

Submitted:  September 16, 2002        Decided:  October 8, 2002

---

Before WIDENER, WILKINS, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Reginald D. Evans, Appellant Pro Se.  Barbara Murcier Bowens,
OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Reginald E. Evans appeals the magistrate judge's order[*] granting Defendant's motion for summary judgment. We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. See Evans v. Caldera, No. CV-99-865-17-BC (D.S.C. filed May 29, 2002, entered May 31, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) (2000).

2